UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEREMY A. MISHEFSKE,

           Plaintiff,

v.                                                            Case No.  5:11-cv-495-18TBS

MICHAEL J. ASTRUE, Commissioner Of The
Social Security Administration,

           Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Motion To Proceed In Forma Pauperis (Doc. 2) and Plaintiff's Affidavit of Indigency. (Doc. 2-1.) Plaintiff represents that he is disabled and unable to pay the fees and costs of pursuing this action and therefore requests that the Court authorize him to proceed in forma pauperis.

Pursuant to 28 U.S.C. § 1915, the Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets."  (Emphasis added.)  Here, based on the information disclosed in Plaintiff's Affidavit of Indigency, Plaintiff has failed to meet his burden of showing that he does not have the means to pay the $350 filing fee associated with pursuing this action.  Indeed, Plaintiff's Affidavit shows that he has $2,200 in savings, which is well in excess of the filing fee.

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

Accordingly, it is respectfully RECOMMENDED that Plaintiff's Motion To Proceed In Forma Pauperis (Doc. 2) should be DENIED.

IN CHAMBERS in Ocala, Florida, on August 26, 2011.

                                                        THOMAS B. SMITH
                                                        United States Magistrate Judge

Copies to:

    The Honorable G. Kendall Sharp
    Senior United States District Judge

    All Counsel